# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Rommel Osuna-Fornez**<br>DOB: XX/XX/1976; Citizen of Mexico | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>23-00031MJ |
| Complaint for violation of Title 8 United States Code § 1326 (b)(2) | |

| NAME OF JUDGE OR MAGISTRATE | OFFICIAL TITLE<br>UNITED STATES MAGISTRATE JUDGE | LOCATION<br>TUCSON, ARIZONA |
|---|---|---|
| DATE OF OFFENSE<br>ON OR ABOUT<br>January 27, 2023 | PLACE OF OFFENSE<br>AT OR NEAR<br>Nogales, Arizona | ADDRESS OF ACCUSED (if known) |

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about January 27, 2023, at or near Nogales, in the District of Arizona, **Rommel Osuna-Fornez**, an alien, knowingly and intentionally attempted to enter the United States of America after having been denied admission, excluded, deported, and removed from the United States through Laredo, Texas on November 24, 2021 and not having obtained the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326, enhanced by Title 8, United States Code, Section 1326 (b)(2).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

**Rommel Osuna-Fornez** is a citizen of Mexico. On November 24, 2021, **Rommel Osuna-Fornez** was lawfully denied admission, excluded, deported, and removed from the United States through Laredo, Texas. On January 27, 2023, **Rommel Osuna-Fornez** knowingly and intentionally attempted to re-enter the United States by presenting a counterfeit I-94 with a parole stamp, in his name. **Rommel Osuna-Fornez** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED<br><br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT (official title)<br>Ernesto A. Guerra<br>OFFICIAL TITLE<br>CBPO/E |
|---|---|
| Subscribed to and sworn before me telephonically.<br>SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>January 30, 2023 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1 and 54

Reviewing AUSA: Curran